**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 2/16/2021**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SAWTANTER DHALIWAL,

               Defendant.

No. 20-CR-579

ORDER

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that the defendant shall be released on a bond, secured by cash or property, cosigned by 2 or 3 financially responsible persons with the following additional conditions of release:

- Pretrial Services supervision as directed

- Home detention enforced with location monitoring (approved to self-install equipment at direction of Pretrial)

- Surrender any passport(s), no new application

- Travel restricted to SD/EDNY

- No contact with victims or witnesses

- Do not possess personal identification of others

- Do not open any new lines of credit

- Obtain and maintain employment approved by Pretrial Services; allow assessment for any third-party risks (if current business allows for access to the personal information of others then refrain from that business)

- Comply with Immigration

- Do not possess any firearms, any weapons or destructive devices

All these conditions shall be met prior to release.

SO ORDERED.

Dated:   February 16, 2021
         New York, New York

Ronnie Abrams
United States District Judge