

OFFICE: (718) 878-3781 • FACSIMILE: (212) 748-1606 • INFO@TSIGLERLAW.COM • WWW.TSIGLERLAW.COM
299 BROADWAY, SUITE 1400, NEW YORK, NY, 10007

March 19, 2021

*- Via Email and ECF -*

Chambers of Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

| | | |
|---|---|---|
| **RE:** | **REQUEST FOR MODICATION TO UNSECURED BOND TERMS** | |
| | **Defendant:** | **DHALIWAL, SAWTANTER SINGH** |
| | **Case Name:** | **USA v. Sawtanter Dhaliwal** |
| | **Case Number:** | **1:20-cr-00579-RA** |

Dear Hon. Judge Abrams:

Our office represents the Defendant Sawtanter S. Dhaliwal in the above-referenced matter, which is scheduled for a status conference on March 26, 2021.

On March 4, 2021, the Court allowed the Defendant's bail modification request and approved the proposed conditions and the defendant be released pending trial, subject to an unsecured bond in the amount of $150,000, to be cosigned by three financially responsibly persons.

Defendant successfully secured two approved financial responsible persons. Unfortunately, after exhausting all options, the Defendant was unable to secure a third financial responsible person. Therefore, the Defendant respectfully requests a modification of the unsecured bond terms to be cosigned by two, instead of three, financially responsibly persons. The government is amenable to two cosigners.

Thank you for your attention and consideration in this matter.

Respectfully submitted,

LAW OFFICES OF ROBERT TSIGLER

*Lorraine Belostock*
Lorraine Belostock, Esq.
299 Broadway, Suite 1400
New York, New York 10007
Office: (718) 878-3781
Direct: (718)701-5405
Fax: (212) 748-1606
Lorraine@tsiglerlaw.com

2