USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-579 (RA) |
| v. | |
| DHALIWAL, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for June 18, 2021 at 3:30 p.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated:   June 17, 2021
         New York, New York

Ronnie Abrams
United States District Judge