**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/4/2021**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SAWTANTER DHALIWAL,

Defendant.

No. 20-CR-579

ORDER

RONNIE ABRAMS, United States District Judge:

A conference is scheduled for August 6, 2021 at 11:00 a.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated:   August 4, 2021
         New York, New York

Ronnie Abrams
United States District Judge