**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 9/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SAWTANTER DHALIWAL,

Defendant.

No. 20-CR-579 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for Friday, September 10, 2021 at 10:30 a.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated: September 9, 2021
New York, New York

Ronnie Abrams
United States District Judge