

OFFICE: (718) 878-3781 • FACSIMILE: (212) 748-1606 • INFO@TSIGLERLAW.COM • WWW.TSIGLERLAW.COM
299 BROADWAY, SUITE 1400, NEW YORK, NY, 10007

January 24, 2021

**-VIA ECF-**

Chambers of Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

           **Re:**    *United States v. Sawtanter Dhaliwal*
                    20 CR 579-001 (RA)
                    <u>Supplemental exhibits in support of</u>
                    <u>Mr. Sawtanter Dhaliwal's Sentencing Memorandum</u>

Dear Judge Abrams:

      Our office represents Mr. Sawtanter Dhaliwal, who is scheduled to be sentenced on Friday, January 28, 2022. Pursuant to a plea agreement, Mr. Dhaliwal entered a guilty plea to Count Two (Aggravated Identity Theft) of the Indictment on October 12, 2021. The plea agreement provides for a mandated statutory sentence of 24 months (18 U.S.C. § 1028A; U.S.S.G. § 2B1.6).

      Sentencing submissions by the defendant and government were previously filed, respectively, on January 10, 2022 (ECF Dkt. 48) and January 21, 2022 (ECF Dkt. 49). Since then, Mr. Dhaliwal has provided our office with documentation he asks this Court to consider before imposing sentence. The separately filed submissions include:

- Character letters from Sarita Parajuli and Gurpreet Padda;
- Character letter from his wife, Merina Parajuli;
- A picture of the prescription medications his wife is currently taking to treat anxiety and depression;
- A picture of Mr. Dhaliwal and his wife serving as COVID volunteers;
- Two certificates given to his wife acknowledging her service as a COVID volunteer;
- A picture of his wife serving as a volunteer for the No Kids Hungry program;
- An CT-Scan Report from India, dated 06/10/21, reflecting that a mammography of Mr. Dhaliwal's mother's breasts indicated a lesion in her left breast, for which

- mastectomy specimens were taken; and
- A urological report dated 09/17/2021, indicating that Mr. Dhaliwal has repeatedly treated for blood in his urine and has a history of suffering from kidney stones.

  We apologize for this late supplemental submission and respectfully request that Your Honor consider his exhibits before imposing sentence.

                Respectfully submitted,

                /s/  *Joseph Caldarera*
                Joseph Caldarera, Esq.

JV
Cc: AUSA Matthew J. King (via ECF)